# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN EARL CARR, et al.,<br><br>Defendants. | Case No. 2:16-cr-00265-GMN-CWH<br><br>**ORDER** |

Presently before the Court is Defendant Steven Earl Carr's motion for clarification (ECF No. 505), filed on January 29, 2018. The government filed a response (ECF No. 519) on February 12, 2018. Defendant did not file a reply.

Defendant's motion seeks to clarify, or alternatively, modify the parties' protective order (ECF No. 434). Defendant, argues that in its present form, the protective order limits counsel's ability to include Mr. Carr in preparation of his defense. Defendant specifically argues that counsel should be allowed to provide Mr. Carr with copies of certain surveillance videos so that Mr. Carr may review them without counsel present.

In its response, the government agrees to modification of the protective order to allow counsel for Mr. Carr to leave a copy of a hard drive containing "videos from the undercover house" with Mr. Carr. The government requests that Defendant not be allowed to copy the hard drives, or to provide them to any other party. The government opposes Defendant's motion as to any further modification of the protective order.

Upon review, the Court will grant modification of the protective order in this case with respect only to Mr. Carr, and only for the purposes of providing him with the videos specified above. The Court does not find good cause for a further modification of the protective order at this time. Defendant has not provided particularized reasons that any other evidence in this case should be excepted from the current requirements of the protective order.

1     IT IS THEREFORE ORDERED that Defendant Steven Earl Carr's motion for
2 modification of the protective order (ECF No. 505) is GRANTED in part and DENIED in part.
3 The protective order is modified to allow Mr. Carr's counsel to provide him a hard drive copy of
4 the above specified videos. Defendant may not provide duplicates of the videos to any other
5 person.
6     DATED: March 26, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE